UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

HOWARD W. SCHWARTZ,

                                  Debtor.

Case No. 18-71102 (LAS)

Chapter 7

-------------------------------------------------------------X
STATE OF NEW YORK   )
                             ) s.s.:
COUNTY OF SUFFOLK  )

        **COOPER J MACCO**, being duly sworn deposes and says: deponent is not a party to this action, is over 18 years of age and resides in Huntington, New York.

        On August 8, 2018, deponent served the within:

- **ORDER AUTHORIZING THE TRUSTEE TO ISSUE SUBPOENAS FOR THE PRODUCTION OF DOCUMENTS AND AUTHORIZING THE TRUSTEE TO EXAMINE THE DEBTOR** (entered August 8, 2018)
- **SUBPOENA TO TESTIFY AT A DEPOSITION IN A BANKRUPCTY CASE (OR ADVERSARY PROCEEDING**

upon the following parties at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:  **DEBTOR**
Howard W. Schwartz
44 Cleveland Avenue
Glen Head, NY 11544

**DEBTOR'S COUNSEL**
Michael A. King
41 Schermerhorn Street
PMB 228
Brooklyn, NY 11201

_____
COOPER J MACCO

Sworn to before me this
8 th day of August, 2018

_____
NOTARY PUBLIC

LONI ERAGIN
Notary Public, State of New York
NO. 01BR6172194
Qualified in Suffolk County
Commission Expires August 6, 2019